# Oklahoma Pardon and Parole Board
# Voting for Fiscal Year 2017

**Table 1. Parole Docket, FY 2017***

|  | Docket Total | | Favorable Votes | |
|---|---|---|---|---|
|  | **Number** | **Percent** | **Number** | **Percent** |
| Non-Violent | 1,558 | 63.4% | 427 | 27.4% |
| Violent | 900 | 36.6% | 23 | 2.5% |
| **TOTAL** | **2,458** | **100%** | **450** | **18.3%** |

*\* Ineligible not included in analysis (199 or 7.5%)*

**Table 2. Favorable Votes, by Member (n=2,458)**

|  | Non-Violent (1,558) | | Violent (900) | |
|---|---|---|---|---|
|  | **Number of Favorable Votes** | **Percent** | **Number of Favorable Votes** | **Percent** |
| Vanessa Price (Chair)* | 195 | 26.0% | 182 | 1.0% |
| Patricia High (Vice-Chair)** | 138 | 19.7 | 18 | 5.5 |
| Thomas Gillert | 493 | 31.6 | 80 | 8.9 |
| William Latimer§ | 478 | 33.1 | 95 | 11.7 |
| Robert "Brett" Macy‡ | 324 | 26.3 | 44 | 6.7 |
| Allen McCall¤ | 111 | 37.4 | 26 | 10.5 |
| **BOARD CONSENSUS TOTAL** | **427** | **27.4%** | **23** | **2.5%** |

*\*Absent November and December 2016, then resigned in February 2017. November and December 2016 were not included when calculating the percentage of favorable votes.*
*\*\*Absent July 2016 and resigned in January 2017. July was not included when calculating the percentage of favorable votes.*
*§ Absent June 2016. This month was not included when calculating the percentage of favorable votes.*
*‡Absent September 2016 and May 2017. These months were not included when calculating the percentage of favorable votes.*
*¤Appointed to the board in May 2017. Previous months were not included when calculating the percentage of favorable votes.*

Exhibit 1 Page 1 of 6

**Table 3. Protests and Delegate Support Appearances, by Type (n=2,458)**

|  | Victim Protest Appearances | District Attorney Protest Appearances | Appearances by Delegates Supporting the Offender |
|---|---|---|---|
| **TOTAL APPEARANCES** | 7 | 11 | 293 |

**Table 4. Written Protests and Delegate Support Letters, by Type (n=2,458)**

|  | Written Victim Protest | Written District Attorney Protest | Written Support by Delegates Supporting the |
|---|---|---|---|
| **TOTAL WRITTEN PROTESTS** | 1,157 | 359 | 3,184 |

**Table 5. Conditions of Parole for Non-Violent Offenders\* (n=427)**

|  | Number | Percent |
|---|---|---|
| Monthly Urinalysis (MUAs) | 356 | 83.4% |
| Substance Abuse Treatment | 351 | 82.2 |
| Psychological Counseling | 185 | 43.3 |
| Sober Living Facility | 73 | 17.1 |
| Interlock Device | 83 | 19.4 |
| Community Level/Work Release | 63 | 14.7 |
| Battle Buddies | 13 | 3.0 |
| AG or Tribal Batterer's Program | 28 | 6.5 |
| Anger Management | 26 | 6.1 |
| Education/GED | 18 | 4.2 |
| All Other Programs\*\* | 138 | 32.3 |

\*The Board may impose or recommend stipulations, conditions, and/or limitations in the granting or the recommendation of parole. These may include programs, services and/or limitations. Stipulations must be completed prior to release from prison. Conditions must be completed post- release while on parole. Limitations may include urinalysis or interlock. Offenders may be ordered to more than one stipulation, condition and/or limitation of parole.

\*\*All other reintegration programs includes Thinking for a Change, Cognitive Behavioral Therapy, Tribal Re-Entry Program, Restitution, Detainer, Consecutive Sentence, Substance Abuse Education, Mental Health Treatment, Seeking Safety, Victory Bible Institute, Life Behavior/Christians Against Substance Abuse, Parenting Class, Relapse Prevention, Faith and Character Program, Medical Release, Moral Reconation Therapy, Literacy, Computer Classes, and Keys to Life.

**Exhibit 1 Page 2 of 6**

**Table 6. Number of Conditions of Parole per Offender (n=427)**

|  | Number | Percent |
|---|---|---|
| Zero | 3 | 0.7% |
| One | 66 | 15.4 |
| Two | 51 | 11.9 |
| Three | 122 | 28.6 |
| Four | 114 | 26.7 |
| Five | 59 | 13.8 |
| Six | 11 | 2.6 |
| Seven | 1 | 0.2 |
| **TOTAL** | **427** | **100%** |
| **AVERAGE NUMBER OF CONDITIONS** *(PER OFFENDER)* |  | 3.2 |
| **RANGE** |  | 7 |

**Exhibit 1 Page 3 of 6**

# Oklahoma Pardon and Parole Board
# Voting Statistics
# Fiscal Year 2016

**Table 1. Parole Docket, FY 16\***

|  | Docket Total | | Favorable Votes | |
| --- | --- | --- | --- | --- |
|  | Number | Percent | Number | Percent |
| Non-Violent | 2,269 | 66.8% | 634 | 27.9% |
| Violent | 1,130 | 33.2% | 21 | 1.9% |
| **TOTAL** | **3,399** | **100%** | **655** | **19.3%** |

*\* Ineligible not included in analysis (262 or 7.2%)*

**Table 2. Favorable Votes, by Member (n=3,399)**

|  | Non-Violent (2,269) | | Violent (1,130) | |
| --- | --- | --- | --- | --- |
|  | Number of Favorable Votes | Percent | Number of Favorable Votes | Percent |
| Vanessa Price (Chair) | 688 | 30.3% | 52 | 4.6% |
| Patricia High (Vice-Chair) | 552 | 24.3 | 53 | 4.7 |
| Robert "Brett" Macy* | 432 | 20.8 | 33 | 3.2 |
| Thomas Gillert | 641 | 28.3 | 114 | 10.1 |
| William Latimer | 694 | 30.6 | 153 | 13.5 |
| **BOARD CONSENSUS TOTAL** | **634** | **27.9%** | **21** | **1.9%** |

*\*Absent for July and April voting - docket totals for July and April were not included in percentage calculation*

**Table 3. Protests and Delegate Support Appearances, by Type (n=3,399)**

|  | Victim Protest Appearances | District Attorney Protest Appearances | Appearances by Delegates Supporting the Offender |
| --- | --- | --- | --- |
| Parole - Non-Violent | 4 | 184 | 215 |
| Parole - Violent | 0 | 82 | 30 |
| Pardons or Commutations on Stage II | 2 | - | * |
| **TOTAL PROTESTS** | **6** | **266** | **245** |

*\*Data for Appearance by Delegates Supporting the Offender on Pardons and Commutations at Stage II was not kept for FY 2016.*

**Exhibit 1 Page 4 of 6**

**Table 4. Written Protests and Delegate Support Letters, by Type (n=3,399)**

|  | Written Victim Protest | Written District Attorney Protest | Written Support by Delegates Supporting the Offender |
|---|---|---|---|
| **TOTAL WRITTEN PROTEST AND DELEGATE SUPPORT FOR PAROLES, PARDONS, AND COMMUTATIONS** | **859** | **385** | **3,243** |

**Table 5. Conditions of Parole for Non-Violent Offenders\* (n=634)**

|  | Number | Percent |
|---|---|---|
| Monthly Urinalysis (MUAs) | 547 | 86.3 |
| Substance Abuse Treatment | 530 | 83.6 |
| Psychological Counseling | 133 | 21.0 |
| Interlock Device | 127 | 20.0 |
| Cognitive Behavioral Treatment | 108 | 17.0 |
| Sober Living Facility | 88 | 13.9 |
| AG or Tribal Batterer's Program | 79 | 12.5 |
| Community Level Work Release | 55 | 8.7 |
| Anger Management | 41 | 6.5 |
| Education/GED | 28 | 4.4 |
| Battle Buddies | 22 | 3.5 |
| Tribal Re-Entry Program | 17 | 2.7 |
| All Other Programs\*\* | 66 | 10.4 |

\*The Board may impose or recommend stipulations, conditions, and/or limitations in the granting or the recommendation of parole. These may include programs, services and/or limitations. Stipulations must be completed prior to release from prison. Conditions must be completed post- release while on parole. Limitations may include urinalysis or interlock. Offenders may be ordered to more than one stipulation, condition and/or limitation of parole.

\*\*All other reintegration programs includes Keys to Life, Residential Substance Abuse Treatment, Career Tech, Cognitive Life Skills, Reintegration Program, Substance Abuse Education, Thinking for a Change, Chemical Abuse Treatment, Community Opportunity Programs in Education, Grief Counseling, Moral Reconation Therapy, Parenting Classes, Substance Abuse Treatment and Recovery Program, Teaching and Saving our Kids – A Program for At-Risk Youth and Young Adults, Marriage Classes, Regimented Treatment, Mental Health Base Facility, Ricketts Program, Changing Attitudes to Change Habits, Restitution, One Step, Literacy, and Sexual Offender Treatment.

**Exhibit 1 Page 5 of 6**

**Table 6. Number of Conditions of Parole per Offender (n=634)**

|  | Number | Percent |
|---|---|---|
| Zero | 65 | 10.3 |
| One | 20 | 3.2 |
| Two | 115 | 18.1 |
| Three | 203 | 32.0 |
| Four | 166 | 26.2 |
| Five | 53 | 8.4 |
| Six | 10 | 1.6 |
| Seven | 2 | .3 |
| **Total** | **634** | **100%** |
| **Average Number of Conditions** (*per offender*) |  | **3.3** |
| **Range** |  | **7** |

**Exhibit 1 Page 6 of 6**