IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLISON BEARD, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> (1) DELYNN FUDGE, Executive Director, Oklahoma Pardon and Parole Board and in her individual capacity, <br> (2) JOE ALLBAUGH, Director, Oklahoma Department of Corrections and in his individual capacity, <br><br> Defendants. | **Case No.: 19-cv-310-HE** |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

The undersigned enters her appearance as counsel in this case for **Defendants: Delynn Fudge[1] and Joe Allbaugh[2], in their official and individual capacities.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

---

[1] Delynn Fudge was the Executive Director of the Pardon and Parole Board. Melinda Romero, the previous Deputy Director has been named Interim Executive Director and will be substituted for Fudge regarding the remaining official capacity claims against, pursuant to Fed. R. Civ. P. 25.

[2] Joe Allbaugh resigned from his position as Director of the Oklahoma Department of Corrections on June 12, 2019. Scott Crow has been named as the Interim Director and will be substituted for Allbaugh regarding the remaining official capacity claims against, pursuant to Fed. R. Civ. P. 25.

Respectfully submitted,

/*s*/Jon Williford
**JON WILLIFORD, OBA #19598**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: jon.williford@oag.ok.gov
*Attorneys for Defendants Fudge and Allbaugh*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 25th day of June 2019, a true and correct copy of the foregoing document was served via U.S. Mail, postage pre-paid thereon, to the following:

Ronald "Skip" Kelly
Two Broadway Executive Park
205 NW 63rd, Suite 150
Oklahoma City, OK 73116
Email: Kellyron01@yahoo.com
*Attorney for Plaintiff*

/s/Jon Williford
Jon Williford