# ATTACHMENT

# 23

OAG/KYH/Savage v. Fallin - CIV-15-1194 (WD)/0575

Must Be Submitted Through the Law Library
Offender Grievance Process
REQUEST TO STAFF                                                          RECEIVED

TO: _Dan Grogan Unit Manager_ FACILITY/DIST/UNIT: _JCCC_ unit 5 DATE: _8-17-15_   AUG 17 2015
(NAME AND TITLE OF STAFF MEMBER)                                          JCCC LAW LIBRARY

I have ___ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ___ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

The overcrowding and understaffing at JCCC has endangered my health and safety. All essential services have been adversely affected. I know this problem exists at the other D.O.C. facilities also.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)
ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

~~Please tell me if anything can and would be done to~~ alleviate this problem within the existing budget, ~~or whether this is even a grievable issue~~

NAME: _Kent Savage_ DOC NUMBER: _646862_ UNIT & CELL NUMBER: _5N-2B_
(PRINT)
SIGNATURE: _Kent Savage_ WORK ASSIGNMENT: _unassigned_

DO NOT WRITE BELOW THIS LINE
DISPOSITION: Mr. Savage,
Your subject statement must be specific as to the complaint.

                                          RECEIVED
STAFF MEMBER _[signature]_    AUG 19 2015    _8/18/15_
                                              DATE
1. Original to file
2. Copy to offender         JCCC LAW LIBRARY           DOC 090124D (R 11/14)

①

## OFFENDER GRIEVANCE

date _____
code _____
no. _____

date 8-25-15
code 3
no. JCCC 15-167

DO NOT WRITE OR STAMP ABOVE THIS LINE

Date __8-24-15__  Facility or District __JCCC__
Name __Kent Savage__ (Print)  Facility Housing Unit __5__
DOC Number __646862__

Have you previously submitted a grievance on this same issue? __No__ If yes, what date _____, facility _____, grievance #_____. You must submit this completed original within 15 calendar days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 calendar days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

    See backside of page

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

    On 8-17-15 I sent a request to staff (RTS) to unit manager Grogan. See attached RTS with reply.

3. The action you believe the reviewing authority may lawfully take.

    Please answer my question.

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Name __Jason Bryant__  Title __JCCC Warden__
Signature of Grievant __Kent Savage__  Date Sent to Reviewing Authority __8-24-15__

1. Original to file
2. Copy to offender

RECEIVED AUG 25 2015

DOC 090124A (R 11/14)

②

On 8-17-15 I sent a Request to Staff (RTS) to ~~this~~ Unit Manager Grogan, saying, "The overcrowding and understaffing has endangered my health and safety. All essential services have been adversely affected. I know this problem exists at the other DOC facilities also." I asked if anything can and will be done to alleviate this problem within the existing buget, or ~~whether~~ whether this is even a grievable issue. On 8-20-15 I received his reply saying, "Your subject statement must be specific as to the complaint." That is ~~just~~ just evasive double talk. My ~~set~~ statement is clear and specific, as is my question.

(3)

Date: __August 25, 2015__

To: __Kent Savage__  DOC Number: __646862__  Unit __5__

From: __Jason Bryant, Warden__  Facility/Location: __JCCC__

RE: __Grievance # JCCC 15-167__

A copy of your grievance correspondence is being returned unanswered for the following reasons(s):

    ____ No staff response affixed to the "Request to Staff."
    ____ No informal action documented; a "Request to Staff" was not included.
    ____ "Request to Staff" submitted out of time from date of incident. There is no mailbox rule regarding submission of a "Request to Staff." The document was not received in the appropriate office within the required time frame.
    ____ Attachments included with "Request to Staff." Only the front and back of the form may be utilized.
    ____ Grievance submitted out of time from date of incident or date of response to the "Request to Staff." There is no mailbox rule regarding submission of a grievance report form. The document was not received in the appropriate office within the required time frame.
    ____ Offender signature and/or date not affixed to grievance.
    ____ Offender on grievance restriction and a duly verified affidavit was not included.
    ____ Grievance form(s) not legibly written in blue or black ink.
    ____ Pencil, highlighter or other color of ink used on grievance forms. <u>A pencil may only be used</u> by an offender who is housed in SHU on the day that his/her document is submitted, <u>and then only if</u> the facility prohibits the use of pens in the SHU.
    ____ Drawing, decorating, doodling, and/or comments affixed in the margins of the pages.
    ____ Attachments included with grievance. No additional pages allowed except for the "Request to Staff" (photocopy permissible).
    ____ Grievance forms contain alterations. Altered documents will cause a grievance to be rejected as improperly filed.
    __X__ Not an issue that is grievable to the Oklahoma Department of Corrections (i.e., involves private prison, misconduct, pending litigation; not within or under the authority and control of the Oklahoma Department of Corrections; no remedy is allowed).
    ____ More than one issue or incident included. Only one issue or incident allowed per "Request to Staff," and per grievance.
    ____ Complaint is not of a sensitive and/or emergency nature as described in OP-090124; consequently, the standard grievance process outlined in OP-090124 must be followed.
    ____ Requests for disciplinary action against staff will not be addressed in the grievance process.
    ____ Original "Offender Grievance Report Form" was not submitted.
    ____ Top portion of Request to Staff form not complete.
    ____ Action Requested not completed on Request to Staff form.
    ____ Request to Staff/Grievance incomplete: _____
    ____ Other:

<u>Grievances</u> that contain any errors in the filing process will be returned unanswered. The offender may correct the errors within 10-days of receipt of the notice from the reviewing authority. If the offender fails to correct the errors, the grievance will be returned unanswered and the offender will have waived/forfeited the opportunity to proceed in the grievance process. **DO NOT RETURN THIS FORM.**

**NOTE:** All of the information contained herein may be found in OP-090124. It is your responsibility to properly submit your grievance correspondence to the appropriate staff person in accordance with OP-090124. **WARNING:** A grievance restriction may be imposed for abuse of the grievance process, as explained in section IX of OP-090124.

(4)

(Rev. 01-31-12)

JCCC

9-29
4
JCCC 15-167

Offense Code and Class _____
Grievance Category Code _____

## Misconduct/Grievance Appeal Form To Administrative Review Authority

Offender Name: **Kent Savage**  DOC Number: **646862**

Facility Where Offense/Grievance Occurred: **James Crabtree Correctional Center (JCCC)**

Offense Code/Class: _____

Date of misconduct violation: _____  Date of Disciplinary Hearing: _____

Facility Misconduct Appeal Number _____

☑ Facility Grievance Appeal Number **JCCC 15-167**

I have received the response of the reviewing authority at the facility on: **8-26-15**

_Kent Savage_
Signature of Offender

RECEIVED
AUG 31 2015
ADMINISTRATIVE REVIEW AUTHORITY

**8-26-15**
Date Response Received

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary). Your appeal will be returned to you unanswered if any other pages are submitted.

☐ Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☒ Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

Response:

_____

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the director or chief medical officer (or designee), and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

_Kent Savage_
Signature of Offender

**8-26-15**
Date

DOC 060125V (R 10/12)

(5)

On 8-12-15 I sent a Request to staff (RTS) to Unit manager Grogan saying, "The overcrowding and understaffing has endangered my health and safety. All essential services have been adversely affected. I know this problem exists at the other D.O.C. facilities also." I asked if anything can and will be done to alleviate this problem within the existing budget or whether this is even a grievable issue. On 8-20-15 I received his reply saying, "your subject statement must be specific as to the complaint." That is just evasive double talk. My statement is clear and specific, as is my question. I submitted grievance no. JCCC 15-167 on 8-24-15. On 8-26-15 I got it back from Warden Jason Bryant, saying this is not a grievable issue. I agree, but am appealing anyway to properly exhaust my administrative remedies.

(6)

ROBERT PATTON
DIRECTOR



MARY FALLIN
GOVERNOR

ADMINISTRATIVE REVIEW AUTHORITY
OKLAHOMA DEPARTMENT OF CORRECTIONS
P.O BOX 11400  OKC, OK. 73111-0400

JCCC 15-167

Date:        SEPTEMBER 23, 2015

To:          SAVAGE, KENT #646862

Location:    JCCC

From:        Mark Knutson, Director's Designee   *Mark Knutson*

**Your grievance/correspondence was filed improperly for the following reason(s):**

|  | | |
|---|---|---|
| ____ | 1. | No facility head response to the grievance |
| ____ | 2. | No informal action, "Request to Staff" response |
| ____ | 3. | Out of time from date of alleged incident until filing request to staff. |
| ____ | 4. | Out of time from date of response to request to staff until filing of grievance with facility head. |
| ____ | 5. | Received **out of time** from date of facility head response |
| ____ | 6. | No grievance form signed by inmate |
| ____ | 7. | Inmate on grievance restriction and/or proper documentation **not** included. |
| ____ | 8. | Must be **legibly** written in blue or black ink. No pencil or other color of ink is allowed. No Doodling or writing in margins, NO HIGHLIGHTER. |
| ____ | 9. | Attachments to the grievance/appeal (no additional pages allowed) |
| _X_ | 10. | Not an issue grievable to Oklahoma Department of Corrections (Private prison property, misconduct (see OP-090124, Section II. B. 1.), litigation pending, not within/under the authority/control of the Department of Corrections, etc.) |
| _X_ | 11. | More than 1 issue - only 1 issue allowed per grievance/Request to Staff |
| ____ | 12. | Not of a sensitive/emergency nature. You must follow the standard grievance process including giving the facility an opportunity to respond. |
| ____ | 13. | Requests for disciplinary action against staff will not be addressed in the grievance process. |
| ____ | 14. | No grounds for appeal (see OP-090124, Section VII. A.) |
| ____ | 15. | Appeal not signed/dated |
| ____ | 16. | The original only must be submitted, no photocopies. |
| ____ | 17. | The ruling of the Administrative Review Authority or Director's Designee is final. |
| ____ | 18. | Only the current DOC grievance and "Request to Staff" forms will be accepted. |
| ____ | 19. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the facility head for response, will not be addressed by this office. |
| ____ | 20. | You have failed to follow previous instructions for filing this grievance. Due to your continued failure to properly file this grievance you are now out of time. |
| ____ | 21. | You have not proven by substantial evidence that you did not submit your grievance in a timely manner through absolutely no fault of your own. |
| _X_ | 22. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
| ____ | 23. | No mail box rule |
| ____ | 24. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125V effective10/12). |
| ____ | 25. | You will be afforded ONE FINAL opportunity to properly submit your corrected grievance/appeal within 10 Days of receipt of this form. DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL. |
| ____ | 26. | Other: YOU MUST PROPERLY ADDRESS YOUR ISSUES THROUGH THE OFFENDER GRIEVANCE PROCESS OP-090124. |

NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response_____

Offender's signature and date



OAG/KYH/Savage v. Fallin - CIV-15-1194 (WD)/0582