## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   ALLISON BEARD, et al., | ) | |
|                                         Plaintiffs, | ) | |
| v. | ) | Case No.: 19-cv-310-HE |
| | ) | |
| (1)   DELYNN FUDGE[1], Executive Director, | ) | |
| Oklahoma Pardon and Parole Board | ) | |
| and in her individual capacity, et at., | ) | |
| | ) | |
| (2)   JOE ALLBAUGH[2], Director, | ) | |
| Oklahoma Department of Corrections, | ) | |
| and in his individual capacity, | ) | |
|                                         Defendants. | ) | |

### ENTRY OF APPEARANCE AS CO-COUNSEL

To the Clerk of this court and all parties of record, I hereby enter my appearance as

Co-counsel of record for the Plaintiffs. Plaintiffs' counsel has no objection. I certify that I

am admitted to practice before this Court. I also certify that I am registered in this Court's

Electronic Case Filing System.

Respectfully Submitted,

/s/ DEBRA K. HAMPTON
DEBRA K. HAMPTON, OBA # 13621
Hampton Law Office, PLLC
3126 S. Blvd., # 304
Edmond, OK 73013
(405) 250-0966
(866) 251-4898 (fax)
hamptonlaw@cox.net
Attorney for Plaintiff

---

[1] Melinda Romero, Interim Executive Director has been substituted for Fudge regarding the remaining official capacity claims pursuant to Fed. R. Civ. P. 25.

[2] Scott Crow, Interim Director, has been substituted for Allbaugh regarding the remaining official capacity claims pursuant to Fed. R. Civ. P. 25.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System.

/s/ RONALD "SKIP" KELLY
RONALD "SKIP" KELLY, OBA # 4937